**IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-61907-CIV-MARTINEZ-SNOW

ME TECHNOLOGY, INC., )
)
      Plaintiff, )
)
v. )
)
MOSHE OZ and CAA INDUSTRIES LTD., )
)
      Defendants. )
)

**ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM**

Plaintiff/Counter-Defendant ME Technology, Inc. (d/b/a and referred to herein as "CAA USA"), by and through its undersigned counsel, hereby responds to the Counterclaim filed by Defendant/Counterclaimant CAA Industries Ltd. ("CAA Israel") as follows:

**PARTIES**

1. Admitted.

2. Admitted.

**JURISDICTION AND VENUE**

3. Paragraph 3 states a legal conclusion as to which no response is necessary.

4. CAA USA denies it breached any contract to be performed in this state. Paragraph 4 otherwise states a legal conclusion as to which no response is necessary.

5. Paragraph 5 states a legal conclusion as to which no response is necessary.

**FACTUAL ALLEGATIONS**

6. Denied.

7. Denied.

2

8. CAA USA denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 8.

9. Denied.

10. Denied.

11. Admitted.

12. Admitted.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

## **BREACH OF CONTRACT**

20. Admitted.

21. Denied.

22. Denied.

23. Denied.

24. Paragraph 24 states a legal conclusion as to which no response is necessary. To the extent a response is required, CAA USA denies paragraph 24.

CAA USA denies any factual allegations in the "wherefore" clause and further denies that CAA Israel is entitled to any of the relief it demands.

## AFFIRMATIVE DEFENSES

1. CAA Israel lacks the capacity to assert its Counterclaim against CAA USA. Under Israeli law, only CAA Israel's board of directors may authorize the assertion of a cause of action on behalf of the company. CAA Israel's board of directors did not authorize CAA Israel to assert a claim for breach of contract against CAA USA. CAA Israel therefore lacks the capacity to sue and its Counterclaim fails as a matter of law.

2. If the parties had any agreement concerning the goods that are the subject of the Counterclaim, CAA Israel breached the agreement before CAA USA did by delivering goods that did not conform to the order(s) CAA USA had placed.

Dated: December 10, 2019

      Respectfully submitted,

      Gunster, Yoakley & Stewart, P.A.
      Attorneys for ME Technology, Inc.

      By: */s/ William K. Hill*
          William K. Hill, Thomas R. Julin
           & Timothy J. McGinn
          Florida Bar Nos. 747180, 325376, & 1000377
          600 Brickell Avenue, Suite 3500
          Miami, Florida 33131
          Telephone: 305-376-6000
          Facsimile: 305-376-6010
          whill@gunster.com
          tjulin@gunster.com
          tmcginn@gunster.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

      */s/ Timothy J. McGinn*
      Timothy J. McGinn